UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00527-SVW                                           Date: 09/27/2024

Present: The Honorable: A. Joel Richlin, United States Magistrate Judge

Interpreter N/A                                                      Language N/A

| Claudia Garcia-Marquez | 09/27/2024 | Eli Alcaraz |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present   In Custody          Attorneys for Defendants:   ✔ Present   Retained

Trevor James Kirk                                                    Tom Yu

Proceedings: Arraignment of Defendant and/or     ✔ Assignment of Case     Appointment of Counsel
                                                    Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/19/2024 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Wilson is located in 10A, Los Angeles -United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:     PSALA           PSAED           PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
    ✔   USMLA           USMED           USMSA                                      Arrangement: 00 : 03
        Statistics Clerk                Interpreter
        CJA Supervising Attorney        Fiscal                    Initials of Deputy Clerk: CGM by TRB