Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2024 SEP 27  AM 9: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ osc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | V.    PLAINTIFF | 2:24-CR-00527-SVW |
| TREVOR JAMES KIRK | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

## TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/26/2024 _____ at 9:00 _____ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 242

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☒ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Tom Yu _____  Phone Number: 844-998-1033

9. Name of Pretrial Services Officer notified:  213.894.5569 - LM

10. Remarks (if any): _____

11. Name: Special Agent George Maloney _____ (please print)

12. Office Phone Number: 310-477-6565       13. Agency: FBI

14. Signature: _signature_       15. Date: 9/25/24

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION