JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    312 North Spring Street, Floor 15
    Los Angeles, California 90012
    Telephone: (213) 894-3424/7367
    Facsimile: (213) 894-6269
    Email:    Eli.Alcaraz@usdoj.gov
              Michael.Morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 24-527-SVW |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: February 4, 2025 |
| TREVOR JAMES KIRK, | Trial Time: 9:00 a.m. |
| Defendant. | Location: Ctrm. of the Hon. Stephen V. Wilson |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz and Michael J. Morse, and defendant Trevor James Kirk ("defendant"), by and through his counsel of record, Tom Yu, Edward M. Robinson, and Brian A. Robinson, hereby file this Joint Statement of the Case to be read to the jury in this matter.

1   The parties respectfully request the opportunity to make
2 modifications to this joint statement if necessary.
3 Dated: January 24, 2025              Respectfully submitted,

                                       JOSEPH T. MCNALLY
                                       Acting United States Attorney

                                       LINDSEY GREER DOTSON
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                        /s/
                                       ELI A. ALCARAZ
                                       MICHAEL J. MORSE
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


Dated: January 24, 2025                /s/ (via email authorization)
                                       TOM YU
                                       EDWARD M. ROBINSON
                                       BRIAN A. ROBINSON

                                       Attorneys for Defendant
                                       TREVOR JAMES KIRK

**JOINT STATEMENT OF THE CASE**

The Indictment in this case charges defendant Trevor James Kirk with one count of Deprivation of Rights Under Color of Law, in violation of Title 18, United States Code, Section 242.

The grand jury Indictment alleges that on or about June 24, 2023, in Lancaster, California, defendant was acting in his official capacity as a sworn Los Angeles County Sheriff's Department deputy when he allegedly assaulted Victim J.H., including by using pepper spray, and that he caused bodily injury to Victim J.H.  Based on his alleged actions, defendant is charged with willfully depriving Victim J.H. of a right secured and protected by the Constitution and the laws of the United States, specifically the right to be free from the use of unreasonable and unnecessary force by a law enforcement officer.

Defendant has pled not guilty to the charge and denies the allegations in the charge.  The United States has the burden of proving every element of the charge beyond a reasonable doubt.