# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:24-cr-00527-SVW |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul M. Cruz | Suzanne McKennon | Eli Alcarez, Brian Faerstein, Michael Morse |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Edward M. Robinson | X | | X |
| | | | | Tom Yu | X | | X |
| Trevor James Kirk | X | X | | Brian A. Robinson | X | | X |

___ Day COURT TRIAL    1st Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  X Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made    Plaintiff and Defendant

X  Witnesses called, sworn and testified.

X  Exhibits identified     X  Exhibits admitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___    ___ Guilty on count(s)    ___ Not Guilty on count(s)

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___    ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___    ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X  Case continued to  Feb. 5, 2025 at 9:30 a.m.  for further trial/further jury deliberation.

___ Other:

                                                                            6        25
                                    Initials of Deputy Clerk    PMC