# EXHIBIT 1

**<u>Deprivation of Rights Under Color of Law</u>**

1. We, the Jury, unanimously find the defendant TREVOR JAMES KIRK (**check one**):

    \_\_\_\_\_          GUILTY

    \_\_\_\_\_          NOT GUILTY

of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, as charged in the Indictment.

(If the response to **Question 1** is Guilty, you must also answer **Question 2**, and then have the Foreperson sign and date this Verdict Form.  If the response to **Question 1** is Not Guilty, please have the Foreperson sign and date this Verdict Form without answering **Question 2**.)

2. We, the Jury, <u>further</u> unanimously find <u>in support of our verdict</u> that <u>(**check all that apply**)</u>:

    _____ ~~(a)~~ J.H. suffered bodily injury as a result of the defendant TREVOR JAMES KIRK's acts<u>; and/or</u>

    ~~, or~~ _____ ~~(b) D~~the ~~d~~efendant TREVOR JAMES KIRK's acts included the use of a dangerous weapon ~~(check one)~~<u>.</u>

    ~~\_\_\_\_\_          YES~~

    ~~\_\_\_\_\_          NO~~


                                          _____
                                          FOREPERSON OF THE JURY

DATED: February \_, 2025, at Los Angeles, California.

3

Case 2:24-cr-00527-SVW    Document 44-1    Filed 02/06/25    Page 3 of 3   Page ID #:287