# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:24-cr-00527-SVW |
| Date | February 5, 2025 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul C | Suzanne McKennon | Eli Alcaraz, Brian Faerstein, Michael Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | X | | X | Edward M. Robinson | X | | X |
| | | | | Tom Yu | X | | X |
| | | | | Brian Anderson | X | | X |

___ Day COURT TRIAL      2nd Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified      X Exhibits admitted

X Government rests.      X Defendant(s) Trevor James Kirk rests.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made      ___ Court instructs jury      ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused      ___ Jury retires to deliberate      ___ Jury resumes deliberations

___ Finding by Court as follows:      ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____      Not Guilty on count(s) _____

___ Jury polled      ___ Polling waived

X Case continued to Feb. 6, 2025 at 9:30 a.m. for further trial/further jury deliberation.

___ Other:

                                                                6 : 40
                                    Initials of Deputy Clerk   PMC