FILED
CLERK, U.S. DISTRICT COURT

FEB - 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 24-527-SVW |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| TREVOR JAMES KIRK, | |
| Defendant. | |

1

**Deprivation of Rights Under Color of Law**

1. We, the Jury, unanimously find the defendant TREVOR JAMES KIRK (**check one**):

   __X__  GUILTY

   _____  NOT GUILTY

of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, as charged in the Indictment.

(If the response to **Question 1** is Guilty, you must also answer **Question 2**, and then have the Foreperson sign and date this Verdict Form. If the response to **Question 1** is Not Guilty, please have the Foreperson sign and date this Verdict Form without answering **Question 2**.)

2. We, the Jury, unanimously find that (a) J.H. suffered bodily injury as a result of the defendant TREVOR JAMES KIRK's acts, or (b) the defendant TREVOR JAMES KIRK's acts included the use of a dangerous weapon (**check one**):

   __X__  YES

   _____  NO

REDACTED
_____
FOREPERSON OF THE JURY

DATED: February 6, 2025, at Los Angeles, California.

2