UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TREVOR JAMES KIRK,<br><br>        Defendant. | CR No. 24-527-SVW<br><br>ORDER AMENDING LIST OF ADMITTED EXHIBITS |

The Court has read and considered the Joint Stipulation and Request for Order Amending List of Exhibits and Witnesses filed by the parties in this proceeding.  The Court hereby finds that the Joint Stipulation and Request, which the Court incorporates by reference into this Order, demonstrates facts that support good cause for an order amending the List of Exhibits and Witnesses (Dkt. No. 52), as requested by the parties.

//

//

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    The List of Exhibits and Witnesses, previously filed by the Court on February 6, 2025 (Dkt. No. 52), is hereby amended to reflect the following additional exhibits were received in evidence during the trial in this proceeding:  Government Exhibits 66, 67, 68, 69, 74, 75, 76, 77, 78, 102, and 1125.

    Furthermore, the accompanying Amended List of Admitted Exhibits, attached hereto as **Attachment 1**, shall replace and supersede the portion of Dkt. No. 52 reflecting the list of exhibits admitted during trial.

    IT IS SO ORDERED.

March 4, 2025
  DATE                                HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN R. FAERSTEIN
Assistant United States Attorney

2

**ATTACHMENT 1**

**AMENDED LIST OF ADMITTED EXHIBITS**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| **AUDIO/VIDEO RECORDINGS** | | | |
| 1 | Alejandre Body Worn Camera Clip 1 [Audio/Video (0:00-6:35)] | 2/4/25 | 2/4/25 |
| 1A | Transcript for Alejandre Body Worn Camera Clip 1 | | |
| 2 | Alejandre Body Worn Camera Clip 2 [Audio/Video (0:00-0:59)] | 2/4/25 | 2/4/25 |
| 2A | Transcript for Alejandre Body Worn Camera Clip 2 | | |
| 3 | Alejandre Body Worn Camera Clip 3 [Video (No Audio) (0:00—0:26)] | 2/4/25 | 2/4/25 |
| 4 | Alejandre Body Worn Camera Clip 4 [Audio/Video (0:00—0:18)] | | |
| 4A | Transcript for Alejandre Body Worn Camera Clip 4 | | |
| 5 | Kirk Body Worn Camera Clip 1 [Audio/Video (0:00—3:05)] | 2/4/25 | 2/4/25 |
| 5A | Transcript for Kirk Body Worn Camera Clip 1 | | |
| 6 | Kirk Body Worn Camera Clip 2 [Audio/Video (0:00-1:36)] | 2/4/25 | 2/4/25 |
| 6A | Transcript for Kirk Body Worn Camera Clip 2 | | |
| 7 | Kirk Body Worn Camera Clip 3 [Audio/Video (0:00—1:07)] | 2/4/25 | 2/4/25 |
| 7A | Transcript for Kirk Body Worn Camera Clip 3 | | |
| 8 | Kirk Body Worn Camera Clip 4 [Audio/Video (0:00-1:11)] | | |
| 8A | Transcript for Kirk Body Worn Camera Clip 4 | | |
| 9 | Sanchez Body Worn Camera Clip 1 [Audio/Video (0:00-0:34)] | 2/4/25 | 2/4/25 |
| 9A | Transcript for Sanchez Body Worn Camera Clip 1 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 10 | Jenkins Body Worn Camera Clip 1 [Audio/Video (0:17-1:13)] | | |
| 10A | Transcript for Jenkins Body Worn Camera Clip 1 | | |
| 11 | Jenkins Body Worn Camera Clip 2 [Audio/Video (0:00-0:16)] | | |
| 11A | Transcript for Jenkins Body Worn Camera Clip 2 | | |
| 12 | Jenkins Body Worn Camera Clip 3 [Audio/Video (0:00-0:16)] | | |
| 12A | Transcript for Jenkins Body Worn Camera Clip 3 | | |
| 13 | Jenkins Body Worn Camera Clip 4 [Audio/Video (0:00-0:03)] | | |
| 13A | Transcript for Jenkins Body Worn Camera Clip 4 | | |
| 14 | Jenkins Body Worn Camera Clip 5 [Audio/Video (0:00-0:15)] | | |
| 14A | Transcript for Jenkins Body Worn Camera Clip 5 | | |
| 15 | Jenkins Body Worn Camera Clip 6 [Audio/Video (0:00-3:24)] | 2/4/25 | 2/4/25 |
| 15A | Transcript for Jenkins Body Worn Camera Clip 6 | | |
| 16 | Jenkins Body Worn Camera Clip 7 [Audio/Video (0:00-1:15)] | | |
| 16A | Transcript for Jenkins Body Worn Camera Clip 7 | | |
| 17 | Jenkins Body Worn Camera Clip 8 [Audio/Video (0:00-1:35)] | 2/4/25 | 2/4/25 |
| 17A | Transcript for Jenkins Body Worn Camera Clip 8 | | |
| 18 | Jenkins Body Worn Camera Clip 9 [Audio/Video (0:00-1:12)] | | |
| 18A | Transcript for Jenkins Body Worn Camera Clip 9 | | |
| 19 | Jenkins Body Worn Camera Clip 10 [Audio/Video (0:00-1:52)] | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 19A | Transcript for Jenkins Body Worn Camera Clip 10 | | |
| 20 | Jenkins Body Worn Camera Clip 11 [Audio/Video (0:00-1:19)] | 2/4/25 | 2/4/25 |
| 20A | Transcript for Jenkins Body Worn Camera Clip 11 | | |
| 21 | Jenkins Body Worn Camera Clip 12 [Audio/Video (0:00-1:50)] | 2/4/25 | 2/4/25 |
| 21A | Transcript for Jenkins Body Worn Camera Clip 12 | | |
| 22 | Stowers Body Worn Camera Clip 1 [Video (No Audio) (0:00-0:23)] | | |
| 23 | Stowers Body Worn Camera Clip 2 [Audio/Video (0:00-1:08)] | | |
| 23A | Transcript for Stowers Body Worn Camera Clip 2 | | |
| 24 | Stowers Body Worn Camera Clip 3 [Audio/Video (0:00-0:45)] | 2/4/25 | 2/4/25 |
| 24A | Transcript for Stowers Body Worn Camera Clip 3 | | |
| 25 | Stowers Body Worn Camera Clip 4 [Audio/Video (0:00-1:21)] | | |
| 25A | Transcript for Stowers Body Worn Camera Clip 4 | | |
| 26 | Jenkins Body Worn Camera Clip 12 [Audio/Video (0:00-1:01)] | 2/4/25 | 2/4/25 |
| 26A | Transcript for Jenkins Body Worn Camera Clip 12 | | |
| 27 | Deluca Body Worn Camera Clip 1 [Audio/Video (0:00-0:59)] | | |
| 27A | Transcript for Deluca Body Worn Camera Clip 1 | | |
| 28 | Deluca Body Worn Camera Clip 2 [Audio/Video (0:00 -0:07)] | | |
| 28A | Transcript for Deluca Body Worn Camera Clip 2 | | |
| 29 | Intentionally left blank | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 30 | Intentionally left blank | | |
| 31 | Intentionally left blank | | |
| 32 | Intentionally left blank | | |
| 33 | Intentionally left blank | | |
| 34 | Intentionally left blank | | |
| 35 | WinCo parking lot surveillance [Video Only (0:00-31:30)] | | |
| 36 | WinCo parking lot surveillance clip [Video Only (0:00-5:14)] | 2/4/25 | 2/4/25 |
| 37 | WinCo parking lot surveillance [Video Only (0:00-1:01)] | | |
| 38 | WinCo parking lot surveillance [Video Only (00:00-0:19)] | | |
| 39 | WinCo parking lot surveillance [Video Only (0:00-7:12)] | 2/4/25 | 2/4/25 |
| 40 | WinCo parking lot surveillance [Video Only (0:00-2:11)] | 2/4/25 | 2/4/25 |
| 41 | WinCo parking lot surveillance [Video Only (0:00-0:10)] | 2/4/25 | 2/4/25 |
| 42 | Intentionally left blank | | |
| 43 | Intentionally left blank | | |
| 44 | Bystander video [Video Only (0:00-5:48)] | | |
| 45 | Composite Video of WinCo Surveillance (Ex. 36) and Kirk BWC with Kirk Audio (Ex. 5) | 2/4/25 | 2/4/25 |
| 46 | Composite Video of Bystander Video (Ex. 52) and Kirk BWC with Kirk Audio (Ex. 5) | 2/4/25 | 2/4/25 |
| 47 | Composite Video of Bystander Video (Ex. 52), Kirk BWC (Ex. 5), and Alejandre BWC with Kirk Audio (Ex. 1) | 2/4/25 | 2/4/25 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 48 | Compositive Video of WinCo Surveillance (Ex. 41) and Jenkins BWC with Jenkins Audio (Ex. 10) | | |
| 48A | Transcript for Compositive Video of WinCo Surveillance (Ex. 41) and Jenkins BWC with Jenkins Audio (Ex. 10) | | |
| 49 | Bystander Video Clip 1 [Audio/Video (0:00-5:48)] | | |
| 49A | Transcript for Bystander video | | |
| 50 | Bystander Video Clip 2 [Audio/Video (0:00-5:48)] | | |
| 50A | Transcript for Bystander video clip 2 | | |
| 51 | Bystander Video Clip 3 [Audio/Video (0:00-5:48)] | | |
| 51A | Transcript for Bystander video clip 3 | | |
| 52 | Bystander Video Clip 4 [Audio/Video (0:00-5:48)] | 2/4/25 | 2/4/25 |
| 52A | Transcript for Bystander Video Clip 4 | | |
| 53 | Intentionally left blank | | |
| 54 | Intentionally left blank | | |
| 55 | J.H. POV Cellphone Video [Audio/Video (0:00-0:41)] | 2/4/25 | 2/4/25 |
| 55A | Transcript for J.H. POV Cellphone Video | | |
| **PHOTOGRAPHS/MAPS** | | | |
| 56 | WinCo Parking Lot Photograph 1 | 2/4/25 | 2/4/25 |
| 57 | WinCo Parking Lot Photograph 2 | 2/4/25 | 2/4/25 |
| 58 | WinCo Parking Lot Photograph 3 | 2/4/25 | 2/4/25 |
| 59 | Intentionally left blank | | |
| 60 | Intentionally left blank | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 61 | WinCo Google Earth Screenshots | 2/4/25 | 2/4/25 |
| 62 | Intentionally left blank | | |
| 63 | Intentionally left blank | | |
| 64 | Intentionally left blank | | |
| 65 | Intentionally left blank | | |
| 66 | Watch Commander Photo | 2/4/25 | 2/4/25 |
| 67 | BWC Screenshots 1 (Ex. 1) | 2/4/25 | 2/4/25 |
| 68 | BWC screenshots 2 (Ex. 5) | 2/4/25 | 2/4/25 |
| 69 | BWC screenshots 3 (Ex. 5, 36) | 2/4/25 | 2/4/25 |
| 70 | BWC screenshots 4 (Ex. 9) | 2/5/25 | 2/5/25 |
| 71 | Intentionally left blank | | |
| 72 | Intentionally left blank | | |
| 73 | Intentionally left blank | | |
| 74 | Bystander Video and BWC Screenshots 1 (Exs. 1, 52) | 2/4/25 | 2/4/25 |
| 75 | Bystander Video and BWC Screenshots 2 (Exs. 1, 5, 52) | 2/4/25 | 2/4/25 |
| 76 | Bystander Video Screenshots 1 (Ex. 52) | 2/4/25 | 2/4/25 |
| 77 | Bystander Video and BWC Screenshots 3 (Exs. 1, 52) | 2/4/25 | 2/4/25 |
| 78 | Bystander Video and BWC Screenshots 4 (Exs. 5, 52) | 2/4/25 | 2/4/25 |
| 79 | Intentionally left blank | | |
| 80 | Intentionally left blank | | |
| 81 | Intentionally left blank | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 82 | Intentionally left blank | | |
| 83 | Intentionally left blank | | |
| 84 | Intentionally left blank | | |
| 85 | Intentionally left blank | | |
| 86 | Intentionally left blank | | |
| 87 | Intentionally left blank | | |
| 88 | Intentionally left blank | | |
| **MEDICAL RECORDS AND REPORTS** | | | |
| 89 | J.H. medical records [excerpt] | 2/4/25 | 2/4/25 |
| 90 | J.H. medical records [full] | | |
| 90A | Antelope Valley Medical Center 902(11) Declaration | | |
| 91 | Lorenzo Glenn expert report [for identification only] | | |
| 92 | Lorenzo Glenn CV [for identification only] | | |
| 93 | Roger Clark civil expert report [for identification only] | | |
| 94 | Roger Clark CV [for identification only] | | |
| 95 | Alejandre incident report [for identification only] | | |
| 96 | Kirk incident report [for identification only] | | |
| 97 | LAFD incident report [for identification only] | | |
| 98 | Govt. Roger Clark expert disclosure [for identification only] | | |
| 99 | Roger Clark civil deposition tr. [for identification only] | | |
| **LASD TRAINING RECORDS** | | | |
| 100 | Defendant UOF Acknowledgement | 2/4/25 | 2/4/25 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 101 | Defendant POST Completed Training List | 2/4/25 | 2/4/25 |
| 102 | Defendant LASD Completed Training List | 2/4/25 | 2/4/25 |
| 103 | Defendant LASD Custody Completed Training List | 2/4/25 | 2/4/25 |
| 104 | Advanced Officer Course training materials (full) [for identification only] | | |
| 105 | Advanced Officer Course training materials (excerpts) | 2/4/25 | 2/4/25 |
| 105A | Advanced Officer Course sign-in sheet | 2/4/25 | 2/4/25 |
| 106 | Basic Course Intensive training materials (full) [for identification only] | | |
| 107 | Basic Course Intensive training materials (excerpt) | 2/4/25 | 2/4/25 |
| 107A | Basic Course Intensive sign-in sheet | 2/4/25 | 2/4/25 |
| 108 | Strategic Communications training materials (4 hour) | 2/4/25 | 2/4/25 |
| 108A | Strategic Communications sign-in sheet (4 hour) | 2/4/25 | 2/4/25 |
| 109 | Strategic Communications training materials (2 hour) | 2/4/25 | 2/4/25 |
| 109A | Strategic Communications sign-in sheet (2 hour) | 2/4/25 | 2/4/25 |
| 110 | Custody Division Training DeVRT module | 2/4/25 | 2/4/25 |
| 110A | Custody Division Training DeVRT sign-in sheet | 2/4/25 | 2/4/25 |
| 111 | Custody Division De-Escalation Techniques training PowerPoint | 2/4/25 | 2/4/25 |
| 112 | Custody Division Force Policy Training PowerPoint | 2/4/25 | 2/4/25 |
| 112A | Custody Division Force Policy Training sign-in sheets (Feb. 2020; June 2021) | 2/4/25 | 2/4/25 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 113 | Custody Division Critical Decision Making Training PowerPoint | 2/4/25 | 2/4/25 |
| 113A | Custody Division Critical Decision Making sign-in sheets (Feb. 2020; Sept. 2020) | 2/4/25 | 2/4/25 |
| 114 | Custody Division Special Weapons Training PowerPoint | 2/4/25 | 2/4/25 |
| 114A | Custody Division Special Weapons Training sign-in sheet | 2/4/25 | 2/4/25 |
| 115 | Tactical Incidents training sign-in sheet | 2/4/25 | 2/4/25 |
| 116 | Basic Course Workbook Series Student Materials, Learning Domain 35 [for identification only] | 2/4/25 | 2/4/25 |
| 116A | Basic Course Workbook Series Student Materials, Learning Domain 35, OC Spray excerpt | 2/4/25 | 2/4/25 |
| 117 | Intentionally left blank | | |
| 118 | Intentionally left blank | | |
| 119 | Intentionally left blank | | |
| **RADIO TRAFFIC AND DISPATCH RECORDS** | | | |
| 120 | CAD printout | | |
| 121 | Redacted CAD printout | | |
| 122 | Dispatch 15 radio traffic | | |
| 122A | Transcript of Ex. 122 | | |
| 123 | Emergent radio traffic | | |
| 123A | Transcript of Ex. 123 | | |
| 124 | Lan_Ltac radio traffic | | |
| 124A | Transcript of Ex. 124 | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| **STIPULATIONS** | | | |
| 125 | FACTUAL STIPULATION 1 | 2/4/25 | 2/4/25 |
| 126 | FACTUAL STIPULATION 2 | 2/4/25 | 2/4/25 |
| 127 | LEGAL STIPULATION | 2/4/25 | 2/4/25 |
| **MISC.** | | | |
| 128 | Defendant "Queen for a Day" Letter | | |
| 129 | Alejandre UOF Acknowledgements | | |
| 130 | Intentionally left blank | | |
| 131 | Defendant's April Work Calendar | | |
| 132 | Defendant's May Work Calendar | | |
| 133 | Defendant's June Work Calendar | | |
| 134 | Defendant Driver's License Info USA_00000010 | 2/4/25 | 2/4/25 |
| 135 | J.H.'s Driver's License Info USA_00000333 | 2/4/25 | 2/4/25 |
| 136 | Intentionally left blank | | |
| 137 | Intentionally left blank | | |
| 138 | Intentionally left blank | | |
| 139 | Intentionally left blank | | |
| 140 | Intentionally left blank | | |
| 141 | Intentionally left blank | | |
| **LASD POLICIES AND PROCEDURES** | | | |
| 142 | LASD Manual of Policy & Procedures (full) (in effect as of 4/15/20) [for identification only] | | |
| 143 | LASD Manual of Policy & Procedures – Force Policy (Vol. 3, Chapter 10) (in effect as of 4/15/20) | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 144 | LASD Manual of Policy & Procedures (full) (in effect as of 6/24/23) [for identification only] | | |
| 145 | LASD Manual of Policy & Procedures – Force Policy (Vol. 3, Chapter 10) (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 146 | LASD Manual of Policy & Procedures, Code of Ethics and Core Values excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 147 | LASD Manual of Policy & Procedures, Sergeants and Deputy Sheriffs excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 148 | LASD Manual of Policy & Procedures, Professional Conduct and Responsibility for Documentation excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 149 | LASD Manual of Policy & Procedures, Honesty Policy excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 150 | LASD Manual of Policy & Procedures, Photography, Audio, and Videotaping by the Public excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 151 | LASD Manual of Policy & Procedures, Body Worn Cameras excerpt (in effect as of 6/24/23) | 2/4/25 | 2/4/25 |
| 152 | Intentionally left blank | | |
| 153 | Intentionally left blank | | |
| 154 | Intentionally left blank | | |
| 155 | Intentionally left blank | | |
| | | | |
| 1125 | Clip from Alejandre proffer recording | 2/5/25 | 2/5/25 |