JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
MICHAEL J. MORSE (Cal. Bar No. 291763)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    312 North Spring Street, Floor 15
    Los Angeles, California 90012
    Telephone: (213) 894-3424/7367/3819
    Facsimile: (213) 894-6269
    Email:    Eli.Alcaraz@usdoj.gov
             Michael.Morse@usdoj.gov
             Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00527-SVW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | **CURRENT SENTENCING DATE:** April 21, 2025, at 11:00 a.m. |
| TREVOR JAMES KIRK, | **PROPOSED SENTENCING DATE:** May 19, 2025, at 11:00 a.m. |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz, Michael J. Morse, and Brian R. Faerstein, and defendant TREVOR JAMES KIRK ("defendant"), by and through his counsels of record, Tom Yu, Edward M. Robinson, and Brian A. Robinson, hereby stipulate as follows:

1. On February 6, 2025, defendant was convicted of felony Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, after a three-day jury trial.

2. The Court scheduled sentencing for April 21, 2025, at 11:00 a.m.

3. Under 18 U.S.C. § 3771, the Crimes Victims' Rights Act, the named victim in this case, J.H., is entitled to be present for and be heard at any public proceeding in this case, including sentencing.

4. According to counsel for victim J.H., J.H. is unable to attend sentencing as scheduled, due to a scheduling conflict of her attorney.

5. Thus, the parties seek a continuance of the currently scheduled sentencing hearing to May 19, 2025, to afford J.H. the opportunity to attend.

6. Defense counsel has conferred with defendant regarding this request for a continuance of the sentencing date. Defendant concurs in the request.

///

///

1      7.  Accordingly, the parties request that the Court continue
2  sentencing to May 19, 2025, at 11:00 a.m.

3  Dated: March 7, 2025                    Respectfully submitted,

4                                          JOSEPH T. MCNALLY
                                        Acting United States Attorney

5

6                                          LINDSEY GREER DOTSON
                                        Assistant United States Attorney
                                        Chief, Criminal Division

7

8                                                   /s/
                                        ELI A. ALCARAZ
9                                          MICHAEL J. MORSE
                                        BRIAN R. FAERSTEIN
10                                         Assistant United States Attorneys

11                                         Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

12

13

14 Dated: March 7, 2025

15                                         */s/\** (per email authorization)
                                        TOM YU
                                        EDWARD M. ROBINSON
16                                         BRIAN A. ROBINSON

17                                         Attorneys for Defendant
                                        TREVOR JAMES KIRK

18

19

20

21

22

23

24

25

26

27

28