1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00527-SVW |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | **[PROPOSED] NEW SENTENCING DATE:** May 19, 2025, at 11:00 a.m. |
| TREVOR JAMES KIRK, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing filed by the parties in this matter on March 7, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support good cause to continue the sentencing hearing in this case.

///

///

THEREFORE, FOR GOOD CAUSE SHOWN, the sentencing hearing for defendant TREVOR JAMES KIRK is hereby continued to May 19, 2025, at 11:00 a.m.

IT IS SO ORDERED.

March 12, 2025
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

         /s/
MICHAEL J. MORSE
Assistant United States Attorney

2