BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorney
Deputy Chief, Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363
     Facsimile: (213) 894-6436
     E-mail:   cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-00527-SVW |
|---|---|
| Plaintiff, | NOTICE OF ERRATA AND REQUEST TO WITHDRAW DOCKET NUMBER 79 |
| v. | |
| TREVOR JAMES KIRK, | |
| Defendant. | |

Plaintiff United States of America, by and through the United States Attorney for the Central District of California and Assistant United States Attorney Cassie D. Palmer, hereby files this notice of errata and request to withdraw the document filed at Docket Number 79 in the above-referenced case.  On April 29, 2025, the undersigned government counsel, who is not counsel of record for the government in this case, inadvertently filed on the ECF docket for the above-referenced case a joint stipulation and proposed order to continue trial in a separate case in this District, specifically, United States v. Steven Arthur Lankford et al., Case No. 24-CR-77(A)-WLH. Upon learning of this inadvertent error, the undersigned government

1  counsel filed the joint stipulation and proposed order on the ECF
2  docket for the correct case.  Government counsel hereby files this
3  notice of errata and request to withdraw the document filed at Docket
4  Number 79 to remove the inadvertent filing from the docket and
5  clarify any confusion that may have arisen from this inadvertent
6  filing.  Counsel apologizes for the oversight.

Dated: April 29, 2025               Respectfully submitted,

                                    BILAL A. ESSAYLI
                                    United States Attorney

                                    LINDSEY GREER DOTSON
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    /s/ Cassie D. Palmer
                                    CASSIE D. PALMER
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2