**EXHIBIT A.**

[REDACTED]

## Document info

| | |
|---|---|
| Result type: | Adult Primary Care Outpt Provider Note |
| Result date: | Jul 26, 2023, 09:53 a.m. |
| Result status: | authenticated |
| Performed by: | Kristine May Bolotaulo |
| Verified by: | Kristine May Bolotaulo |
| Modified by: | Kristine May Bolotaulo |

# Antelope Valley Medical Center

| Patient: | J．  H | DOB: |
|---|---|---|

Antelope Valley Medical Center
Date: 06/24/23
CC: Brought in by Sheriff, pt pepper sprayed by Sheriff. C/o left eye pain, hx eye reconstructive surgery, asthma, and some sort of [REDACTED]
Diagnoses:
1) Blunt head injury
2) Scalp contusion
3) Contusion of right forearm
4) Contusion of right wrist
5) Chemical conjunctivitis
6) Contact dermatitis
7) Closed fracture of scaphoid of right wrist.
XR R Forearm: Unremarkable right forearm XR.
XR R Wrist: Moderate to severe degenerative changes of the first carpal metacarpal joint.
Procedure: Splint application thumb spica