**TOM YU (CA Bar 306699)**
155 North Riverview Drive, Suite 305
Anaheim Hills, CA 92808
Office: (844) 998-1033
tyu@tomyulaw.com

**EDWARD M. ROBINSON (CA Bar 126244)**
**BRIAN A. ROBINSON (CA Bar 333650)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (310) 316-6442
eroblaw@gmail.com

Attorneys for Defendant
*Trevor James Kirk*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR JAMES KIRK,<br><br>Defendant. | Case No. 24-cr-00527-SVW<br><br>**DEFENDANT KIRK'S JOINDER IN RECOMMENDED SENTENCE AS SET FORTH IN THE GOVERNMENT'S SUPPLEMENTAL SENTENCING BRIEF**<br><br>DATE: June 2, 2025<br>TIME: 11:00 AM<br>Courtroom of the Honorable Stephen V. Wilson |

1

# JOINDER

Mr. Kirk hereby joins in the government's analysis of the reasonableness of their proposed sentence per 18 U.S.C. § 3553(a). Mr. Kirk requests that this Court impose a term of 2-months home confinement with an increase to 300 hours of community service as well as a $10,000 fine.

Recognizing that the statutory maximum for this misdemeanor violation is less than the new advisory guidelines calculations set forth in the Revised Presentence Investigation Report (doc. 106), Mr. Kirk objects to the 2-level upward adjustment for Obstruction of Justice pursuant to USSG §3C1.1.

As set forth in the government's Position Statement in Response to Pre-Sentence Report, Mr. Kirk's statements in his supplemental report are at worst misleading. (Doc. 94.) In *Thompson v. United States*, decided March 21, 2025—citation pending, the Supreme Court held that where the count of conviction required the government to prove a false statement, merely misleading statements will not suffice. The same analysis applies in principle to the guideline application.

Respectfully submitted,

DATED:  May 30, 2025          By  */s/ Edward M. Robinson*
                                                    Tom Yu
                                                  Edward M. Robinson
                                                  Brian A. Robinson
                                                  Attorney for Defendant
                                                  *Trevor James Kirk*