# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.    2:24-cr-00527-SVW                                                                 Date: June 2, 2025

Present: The Honorable:   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Lisa Gonzalez | Robert J. Keenan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Trevor James Kirk | | X | Edward M. Robinson<br>Tom Yu<br>Brian A. Robinson | X | | | N/A |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**            **Contested**    **Non-Evidentiary**

[ ] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   [X] Refer to separate Judgment Order.

[ ] Imprisonment for ___ years/months on each of count(s) _____
    Count(s) _____ concurrent/consecutive to count(s) _____

[ ] Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

[ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

[ ] Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

[ ] ___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   [ ] Perform _____ hours of community service          fine amounts & times determined by P/O.
   [ ] Serve _____ in a CCC/CT [ ] _____ Make $ _____ restitution in amounts & times determined by PO.
   [ ] Participate in a program for treatment of narcotic/alcohol addiction.

Pay [ ] any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

   [ ] Other conditions: _____

[ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

[ ] Pay $_____ per count, special assessment to the United States for a total of $ _____

[ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____

[ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
[ ] Defendant informed of right to appeal.
[ ] ORDER sentencing transcript for Sentencing Commis[ ]. Processed statement of reasons
[ ] Bond Exonerated upon surrender [ ] upon service of _____
[ ] Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
[ ] Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
[ ] Issued Remand/Release # _____
[ ] Present bond to continue as bond on appeal [ ]   Appeal bond set at $ _____
[ ] Filed and distributed judgment. ENTERED.
[ ] Other _____

cc:                                                                                        : 40
                                                        **Initials of Deputy Clerk**   PMC

CR-90 (05/15)                    Criminal Minutes – General                    Page 1 of 1