BILAL A. ESSAYLI
United States Attorney
ROBERT J. KEENAN
Assistant United States Attorney
 UNITED STATES ATTORNEY'S OFFICE
 312 North Spring Street
 Suite 1200
 Los Angeles, California  90012
 Telephone: (213) 894-2400
 Telephone: (714) 338-3500
 E-Mail:    rob.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 24-00527-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT, VACATING JUDGMENT, AND EXONERATING BOND |
| v. | |
| TREVOR JAMES KIRK, | [Fed. R. Crim. P. 48(a)] |
| Defendant. | |

Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment in the above-captioned matter is HEREBY DISMISSED, the Judgment is VACATED, and the bond is EXONERATED.

IT IS SO ORDERED.

DATED: July __, 2025.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*/s/ Robert J. Keenan*
Attorneys for Plaintiff
UNITED STATES OF AMERICA