Caree Harper SBN 219048
LAW OFFICES OF CAREE HARPER
401 Wilshire Blvd. Suite 1200
Santa Monica, CA 90401
Tel. (213) 386-5078
Email: *ch1@attorneyharper.com*

Attorneys for Victim "J.H."

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiffs,<br>     vs.<br><br>TREVOR JAMES KIRK<br><br>                         Defendants. | CASE NO.: 2:24-00527-SVW<br><br>**CRIME VICTIM'S OBJECTION TO THE GOVERNMENT'S *UNPRECEDENTED, UNJUSTIFIED* MOTION TO DISMISS**<br><br>DATE:    TBA<br>TIME:    TBA<br>PLACE:   350 W. 1st St Ctrm. 10-A<br>         Los Angeles, CA 90012 |

///
///
///

**J.H.'s OBJECTION TO GOVERNMENT MOTION TO DISMISS**

## **Brief Introduction.**

Defendant, TREVOR KIRK, was convicted of a felony by a jury of his peers for violating the civil rights of a senior citizen when he battered her on video without justification. The Defendant has shown **absolutely no remorse** and by and through his attorney in countless interviews, **he has even argued that his actions were a "heroic"**. This Honorable Court granted the government's request to reduce KIRK's felony conviction over the crime victim's written and oral objection[1].

## **BRIEF ARGUMENT AGAINST MOTION TO DISMISS**

This Court previously found there was sufficient evidence for a jury to find the Defendant had used "objectively unreasonable force" when Defendants tried to get a new trial after the conviction, and just this month this Court rejected Defendant's request for bail pending appeal. The U.S. Attorney has now effectively become the advocate for the bad guys in broad daylight and this Court is the only safeguard against open season on the vulnerable, unarmed elderly like "JH" who fall victim to excessive force. No authority exists for Mr. Keenan's request and ***his moving papers do not even bother to give a reason for the motion***.

The government calls the motion "unopposed" because they do not **_see_** the crime victim or her very real injuries, nor do they seem to care (See Attached Exhibits- pictures of victim's injuries). It is disingenuous, even misleading for the U.S. Attorney to represent that the motion is "unopposed" when the crime victim has opposed even a reduction of the crime from a felony to a misdemeanor in the strongest of terms, both in-person and through filings.

The government's goal is to shield KIRK from any and all punishment at any cost to credibility of the office of the U.S. Attorney. J.H. and her rights need to be protected *from* the U.S. Attorney as each and every one of their actions since

---

[1] Mr. Keenan gave JH five hours notice before they filed this motion. They asked for a meet and confer in the same email. Even with *ex parte* motions, parties give more notice and the shortest notice is 24 hours. Keenan doe not care about JHs or her counsel's time he only cares about getting KIRK off.

**J.H.'s OBJECTION TO GOVERNMENT MOTION TO DISMISS**

the mass exodus of trial attorneys have been blatantly **_against her and for Defendant KIRK_**.  The Court must step in and provide some measure of justice and accountability as envisioned in 18 U.S.C. § 3771.

  The U.S. attorney's office has completely relinquished his role as *prosecutor* and turned into Trevor Kirk's most effective defense attorney. Acting as lead counsel for KIRK, Mr. Keenan now seeks to circumvent the bail and new trial rulings to block Trevor Kirk from any and all accountability in this matter.  Would Mr. Keenan work so very tirelessly for a convicted felon and **_against_** the trial prosecutors, **_against_** the victim if she were an elderly White woman and the Deputy was a big Black man convicted of a felony? Hell NO!

  This racist run of ridiculous motions by the "government" must come to an end.  JH requests that the Court look and the Defendant's **lack of remorse** and flat out **refusal to accept any and all responsibility** as an attempt to a set blueprint for the Countrywide *pardon-type* motions for what they truly are: a call for police misconduct on minorities.  As California goes - so will the nation[2].

///
///
///

---

[2] Earlier this month Mr. Keenan submitted a memo in Louisville, KY in the Breonna Taylor killing for a one day sentence of an officer there, Case No. 22cr-00084-RGJ-RSE.  Again, White cops - Black victim. We never see it in the reverse- ever!

**J.H.'s OBJECTION TO GOVERNMENT MOTION TO DISMISS**

## **CONCLUSION.**

As the government's motion to dismiss seeks to circumvent this Court's ruling as to bail appeal, its ruling as to a New Trial and clearly seeks to **nullify the jury's verdict** it should be DISMISSED.

Defendant KIRK has already received a precedent-setting post-trial reduction of a felony to a misdemeanor and a mere four months sentence.

"J.H." adamantly objects to motion to dismiss the case.

DATED: 7/30/25                    LAW OFFICES OF CAREE HARPER

<u>/s/ Caree Harper</u>
Caree Harper
Attorney for "JH"