# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA<br><br>Plaintiff(s), | 2:24–cr–00527–SVW |
| v.<br><br>TREVOR JAMES KIRK<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 8/3/2025      127      Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed      Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 83–2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.

Other:

**Note:    In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: August 4, 2025      By:  /s/ Audree Sellarole  audree_sellarole@cacd.uscourts.gov
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112C(10/23)      Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application