## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA | | CASE NUMBER: |
| | PLAINTIFF(S) | 2:24−cr−00527−SVW |
| v. | | |
| TREVOR JAMES KIRK | | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| | DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| 8/3/2025 | 127 | Application of Non−Resident Attorney to Appear |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Counsel is ordered to refile with the appropriate corrections made.

Dated:     8/6/2025

By: _____

U.S. District Judge / U.S. Magistrate Judge